1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KYLE AVERY,                                No.  CIV S-11-1945 KJM DAD P

12                    Plaintiff,

13            v.                                 <u>ORDER</u>

14   T. VIRGA et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 27, 2013, the magistrate judge filed findings and recommendations, which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the

23   findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court

26   finds the findings and recommendations to be supported by the record and by the proper analysis.

27   /////

28   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed August 27, 2013, are adopted in full;

2.  This case shall proceed on plaintiff's First Amendment retaliation claims against defendants Dreager-Smith, Porter, Johnson, Guzman, McCumber, and Virga and on plaintiff's RLUIPA, First Amendment, and Fourteenth Amendment Equal Protection Clause claims against defendants Virga, Smith, Porter, Detlefsen, Carter, Johnson, Guzman, McCumber, and Elia;

3.  Plaintiff's claims under the Fourteenth Amendment Due Process Clause, the Eighth Amendment, and § 1985(3) are dismissed for failure to state a claim; and

4.  This matter is referred back to the assigned magistrate judge for service of the amended complaint on the defendants as provided above.

DATED:  January 10, 2014.

_____
UNITED STATES DISTRICT JUDGE

2