UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY,<br><br>        Plaintiff,<br><br>   v.<br><br>T. VIRGA et al.,<br><br>        Defendants. | No.  2:11-cv-1945 KJM DAD P<br><br>ORDER |

   Deputy Attorney General Kelly Samson, who has been serving as one of defendants' counsel of record, has requested that the court terminate her from the service list in this case. Deputy Attorney General Jason Braxton will continue to serve as lead attorney on behalf of the defendants.

   Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to terminate Attorney Kelly Samson from the service list in this action.

Dated:  October 16, 2015

DAD:9
aver1945.term

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1