UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY, | No. 2:11-cv-1945-KJM-EFB P (TEMP) |
| Plaintiff, | |
| v. | |
| T. VIRGA, et al., | **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

Kyle Whelan Avery, CDCR # E-67897, a necessary and material witness in a settlement conference in this case on October 18, 2016, is confined in Richard J. Donovan Correctional Facility (RJD), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, to appear by video-conference from his present place of confinement, to the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Tuesday, October 18, 2016 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. This shall amend the writ issued July 20, 2016.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by video-conference at the time and place above, until completion of the settlement conference or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, RJD, 480 Alta Road, San Diego, California 92179:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above by video-conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  July 25, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE