UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY, | No. 2:11-cv-1945-KJM-DB P |
| Plaintiff, | |
| v. | ORDER |
| T. VIRGA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2016, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed June 24, 2016, are adopted in full;

2. Defendants' motion for summary judgment based on plaintiff's failure to exhaust administrative remedies prior to filing suit as required (ECF No. 40) is granted on all of plaintiff's claims, except his First Amendment retaliation claim against defendants Dreager-Smith and Porter;

3. Defendants' motion for summary judgment on plaintiff's First Amendment retaliation claim against defendants Dreager-Smith and Porter (ECF No. 40) is denied; and

4. Defendants' motion for summary judgment based on the affirmative defense of qualified immunity with respect to plaintiff's First Amendment retaliation claim against defendants Dreager-Smith and Porter (ECF No. 40) is denied.

DATED: August 22, 2016

UNITED STATES DISTRICT JUDGE

2